**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6857**

———————

ERNEST LEE WYNN, JR.,

            Plaintiff – Appellant,

      v.

MS. BADGETT, Medical Administrator; O. AJUMOBI, Dr.,
Institutional Physician; MS. BURNETTE, Grievance
Coordinator; KEITH W. DAVIS, Warden; DR. OHI, Institutional
Physician; D. HODGES, Superintendent; GOHAR ABBASI, Dr.,
Institutional Physician,

            Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Liam O'Grady, District
Judge.  (1:10-cv-00490-LO-TCB)

———————

Submitted:  October 14, 2010        Decided:  October 22, 2010

———————

Before MOTZ, KING, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ernest Lee Wynn, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Lee Wynn, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wynn v. Badgett, No. 1:10-cv-00490-LO-TCB (E.D. Va. June 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED